William Levin, Esq. (SBN 98592)
Laurel Simes, Esq. (SBN 134637)
Rachel Abrams, Esq. (SBN 209316)
Amy Eskin, Esq. (SBN 127668)
**LEVIN SIMES LLP**
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 426-3000
Facsimile:    (415) 426-3001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SOSS and BURTON SOSS, | Case Number: 3:12-cv-05408-NNC |
| Plaintiffs, | NOTICE RELATING TO CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER |
| vs. | |
| C.R. BARD, INC. and COLOPLAST, INC., | |
| Defendants. | |

    The Plaintiffs in the above-entitled action submit this NOTICE RELATING TO CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.

    This case was filed in Northern District of California on October 19, 2012 and was assigned to Magistrate Judge ~~William Alsup.~~ Nathanael Cousins.

    This is a Transvaginal Mesh Case and it is one of thousands filed in Federal Courts across the country. There are current Multidistrict litigations involving both Defendants (MDL 2187, *In re C.R. Bard, Pelvic Repair System Products Liability Litigation* and MDL 2387, *In re Coloplast, Pelvic Repair System Products Liability Litigation*) pending before Judge Joseph R. Goodwin in the Southern District of West Virginia.

To date Defendants C.R. BARD, INC. and COLOPLAST, INC. have not been served and they have not appeared. Therefore, the parties are unable to file a Joint Case Management Conference Statement. The expectation is that this case will be transferred to either of the two MDLs. Plaintiffs are currently waiting for a Conditional Transfer Order.

Dated: 01/16/2013         /s/Rachel Abrams

Rachel Abrams, Esq. (SBN 209316)
William Levin, Esq. (SBN 98592)
Laurel Simes, Esq. (SBN 134637)
Amy Eskin, Esq. (SBN 127668)
**LEVIN SIMES LLP**
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Telephone:     (415) 426-3000
Facsimile:      (415) 426-3001

## CASE MANAGEMENT ORDER

The above NOTICE RELATING TO CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

The case management conference scheduled for January 23, 2013 is CONTINUED to March 27, 2013 at 3:00 p.m., Courtroom A, 15th Floor, San Francisco. Plaintiff must consent or decline the jurisdiction of a magistrate judge by March 20, 2013.

IT IS SO ORDERED.

Dated: January 16, 2013



UNITED STATES DISTRICT/MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins